[Nos. 32028-9-I; 32114-5-I. Division One. May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD LEE LARSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00870-6, John F. Wilson, J., entered January 4, 1993. *Reversed* and *dismissed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Cox, J.

[No. 33714-9-I. Division One. May 15, 1995.]

JAY HOLLOWAY, *Appellant*, v. ARTHUR D. HAYS, ET AL, *Respondents*.

CHARLES H. WILLIAMS, *Appellant*, v. ARTHUR D. HAYS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-13860-3, William L. Downing, J., entered October 25, 1993. *Affirmed* by unpublished opinion per Pekelis, J. Pro Tem., concurred in by Baker, C.J., and Agid, J.

[No. 16528-7-II. Division Two. May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON K. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00247-5, Terence Hanley, J., entered October 10, 1992. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Wiggins, J.